**Order entered December 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00861-CR

### CHRISTOPHER MICHAEL RUBIO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-33703-W**

## ORDER

Before the Court is appellant's December 13, 2018 motion for extension of time to file appellant's brief. The Court **GRANTS** the motion to the extent the time to file appellant's brief is extended until **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
           JUSTICE